1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
ROGER E. WEST
4 | Assistant United States Attorney
First Assistant Chief, Civil Division
5 | California Bar No. 58609
   300 North Los Angeles Street
6 |    Room 7516 Federal Building
   Los Angeles, California 90012
7 |      Telephone: (213) 894-2461
   Fax:      (213) 894-7819
8 |    E-mail: roger.west4@usdoj.gov




9 | Attorneys for the United States of America

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | WESTERN DIVISION

13 | IN RE ) CV MISC. NO. 2:08-mc-192
14 | LETTERS ROGATORY FROM ) ORDER
15 | THE TRIBUNAL CANTONAL,
16 | CANTON OF VAUD,
17 | LAUSANNE, SWITZERLAND

    Application having been made to this Court by the Tribunal Cantonal of Vaud, Lausanne, Switzerland, through the United States Department of Justice and the United States Attorney for the Central District of California, and this Court having been requested to process the Letters Rogatory from the Swiss court to the end of the taking of evidence from Blair Dupree who, it has been determined, resides or can be found within the jurisdiction of this Court, pertinent to the Swiss proceeding, <u>Cedric Mayor v. Luisa Mayor-Kugler</u>, case number 1053/07;

order.08 dupree

1 | NOW, THEREFORE, I, **Margaret A. Nagle**,
2 | United States Magistrate Judge for the Central District of California, pursuant to
3 | authority contained in Section 1782 of Title 28 of the United States Code, hereby
4 | appoint Roger E. West, Assistant United States Attorney, First Assistant Chief,
5 | Civil Division, or his successor in office, as Commissioner, to take such steps as
6 | may be necessary to take evidence from Blair Dupree pursuant to the terms and
7 | conditions set forth in the above Letters Rogatory, and to do all else that may be
8 | reasonably necessary for the accomplishment of this Order.

9 | DATED: This 16th day of July, 2008.

_Margaret A. Nagle_
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_/s/ Roger E. West_

ROGER E. WEST
Assistant United States Attorney
First Assistant Chief
Civil Division

Attorneys for
United States of America

order.08 dupree

2